| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ERIC J. CHANG<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER H. TOCATLIAN<br><br>Defendant. | CASE NO. 2:18-PO-00087-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING<br><br>DATE: June 11, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, *pro se*, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a court trial on June 11, 2018 at 9:00 a.m.

2. Since the initial appearance, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the court trial. The parties also now jointly move for the Court to set a change of plea hearing for June 28, 2018 at 9:30 a.m.

IT IS SO STIPULATED.

STIPULATION TO VACATE COURT TRIAL AND SET CHANGE OF PLEA

1

Dated: June 4, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *Eric J. Chang*
ERIC J. CHANG
Special Assistant U.S. Attorney

Dated: June 4, 2018

/s/ *Eric J. Chang* for
CHRISTOPHER H. TOCATLIAN
Defendant
[by agreement via email]

## FINDINGS AND ORDER

IT IS SO ORDERED, that the court trial is vacated as set forth above, and a change of plea hearing is set for June 28, 2018 at 9:30 a.m.

Dated: June 6, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE